# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| "JANE DOE" on behalf of herself and similarly situated others,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and ARNE DUNCAN in his official capacity as Secretary of the United States Department of Education<br><br>Respondents. | Civil Action No. 14-0367<br><br>**AFFIDAVIT OF SERVICE**<br><br>(Filed Electronically) |

I, James R. Marsh, hereby declare that on the 18th day of March, 2014, I caused to be mailed a copy of the summons and complaint, certified mail return receipt requested, to the following:

1. the United States Department of Education,

2. Arne Duncan in his official capacity as Secretary of the United States Department of Education,

3. the United States Attorney for the District of Columbia, and

4. the Office of the Attorney General of the United States.

Attached hereto are the certified mail receipts and green cards acknowledging service.

Dated:  April 30, 2014

                                                Respectfully submitted,

                                                MARSH LAW FIRM PLLC

                                                By_____/s/_____
                                                James R. Marsh
                                                Bar ID: 436448
                                                P.O. Box 4668 #65135
                                                New York, NY 10163-4668
                                                Telephone / Fax: (212) 372-3030
                                                Email: jamesmarsh@marshlaw.us





| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): _(signature)_ C. Date of Delivery: 3/20/14 |
| 1. Article Addressed to:<br><br>US DEPT. OF EDUCATION<br>400 MARYLAND AVE, SW<br>WASHINGTON DC<br>20202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 2210 0001 8748 5860 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES P

aid

00101 0010443579

- Sender: Please print your name, address, and ZIP+4 in this box

JAMES MARSH
P.O. BOX 4668 # 65135
NEW YORK, NY 10163-4668

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _D. M_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): D. Murray
C. Date of Delivery: 3/21/14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

ARNE DUNCAN, SECRETARY
US DEPT OF EDUCATION
400 MARYLAND AVE. SW
WASHINGTON, DC 20202

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7011 0470 0003 2456 7036

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

UNITED STATES POST 

00101 0010443574

• Sender: Please print your name, address, and ZIP+4 in this box •

JAMES MARSH
P.O BOX 4668 #65135
NEW YORK, NY 10163-4668

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY FOR DC
ATTN: CIVIL PROCESS CLERK
555 4th STREET NW
WASHINGTON, DC 20530

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

MAR 2 1 2014

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7011 0470 0003 2456 7029

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

UN

00101 0010446509



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JAMES MARSH
P.O. Box 4668 # 65135
NEW YORK, NY 10163-4668

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) — C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S OFFICE OF ATTORNEY GENERAL<br>DEP. OF JUSTICE<br>ROOM B103950<br>PENNSYLVANIA AVE, NW<br>WASHINGTON DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below ☐ No<br><br>MAR 2 1 2014 |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 0470 0003 2456 7012 |
| PS Form 3811, February 2004 | Domestic Return Receipt — 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE



00101 0010446510

• Sender: Please ... ...ess, and ZIP+4 in this box •

JAMES MARSH
P.O. BOX 4668 - #65135
NEW YORK, NY 10163-4668