# TABLE OF AUTHORITIES

**CASES**                                                                                                                 **Page(s)**

*Adams v. Richardson,*
    351 F.Supp. 636 (D.D.C. 1972) ................................................................................. 25

*Adarand Constructors, Inc. v. Pena,*
    515 U.S. 200 (1995) .................................................................................................. 19

*Alexander v. Sandoval,*
    532 U.S. 275 (2001) .................................................................................................... 9

*Am. Ass'n of Retired Persons v. E.E.O.C.,*
    655 F. Supp. 228 (D.D.C. 1987) ............................................................................... 22

*Am.'s Cmty. Bankers v. F.D.I.C.,*
    200 F.3d 822 (D.C. Cir. 2000) .................................................................................. 18

*Animal Legal Def. Fund, Inc. v. Glickman,*
    154 F.3d 426 (D.C. Cir. 1998) .................................................................................. 18

*Anthony List v. Driehaus,*
    2014 WL 2675871 (U.S. June 16, 2014) ................................................................. 16

*Atl. Tele-Network, Inc. v. Inter-Am. Dev. Bank,*
    251 F.Supp.2d 126 (D.D.C. 2003) .............................................................................. 8

*AT&T v. FCC,*
    349 F.3d 692 (D.C. Cir. 2003) .................................................................................. 13

*Bell Atl. Corp v. Twombly,*
    550 U.S. 544 (2007) .................................................................................................... 8

*Better Gov't Ass'n v. Dep't State,*
    780 F.2d 86 (D.C. Cir. 1986) .............................................................................. 13, 14

*Bolling v. Sharpe,*
    347 U.S. 497 (1954) .................................................................................................. 26

*Block v. Meese,*
    793 F.2d 1303 (D.C. Cir. 1986) .......................................................................... 27, 28

*Branton v. FCC,*
    993 F.2d 906 (D.C. Cir. 1993) .................................................................................. 15

*Brown v. Barry,*
    710 F.Supp. 352 (D.D.C. 1989) ................................................................................ 15

*Brown v. Board of Education*,
   347 U.S. 483 (1954) ................................................................................................ 2, 15, 29

*Buckley v. Valeo*,
   424 U.S. 1 (1976) ............................................................................................................ 26

*Cannon* v. *Univ. of Chicago*,
   441 U.S. 677 (1979) ......................................................................................................... 8

*Center for Biological Diversity v. Kempthorne*,
   588 F.3d 701 (9th Cir. 2009) ......................................................................................... 14

*Chadmore Communs., Inc. v. FCC*,
   113 F.3d 235 (D.C. Cir. 1997) ...................................................................................... 12

*Chamber of Commerce of U.S. v. Reich*,
   74 F.3d 1322 (D.C. Cir. 1996) ...................................................................................... 26

*Chandler v. Miller*,
   520 U.S. 305 (1997) ....................................................................................................... 17

*City of Houston v. Department of Housing and Urban Development*,
   24 F.3d 1421 (D.C. Cir. 1994) ...................................................................................... 13

*Clapper v. Amnesty Int'l USA*,
   133 S. Ct. 1138 (2013) ................................................................................................... 16

*Clark v. Library of Cong.*,
   750 F.2d 89 (D.C. Cir. 1984) ........................................................................................ 26

*Consol. Rail Corp. v. United States*,
   896 F.2d 574, 577 (D.C. Cir. 1990) ............................................................................. 13

*Consumer Fed'n of Am. v. FCC*,
   348 F.3d 1009 (D.C. Cir. 2003) .................................................................................... 18

*Cort v. Ash*,
   422 U.S. 66 (1975) .......................................................................................................... 25

*Council of and for the Blind of Delaware County, Inc. v. Regan*,
   709 F.2d 1521(D.C. Cir. 1982) ............................................................................... 23, 24

*Craig v. Boren*,
   429 U.S. 190 (1976) ....................................................................................................... 23

*Disability Rights Council of Greater Washington v. D.C.*,
   2005 WL 513495 (D.D.C. Mar. 3, 2005) ..................................................................... 17

*Douglas v. City of Jeannette*,
    319 U.S. 157 (1943) .................................................................................................28

*Empagran S.A. v. F. Hoffman-LaRoche, Ltd.*,
    315 F.3d 338 (D.C. Cir. 2003) ....................................................................................7

*FCC v. League of Women Voters*,
    468 U.S. 364 (1984) .................................................................................................28

*Florida Audobon Soc'y v. Bentsen,*
    94 F.3d 658 (D.C. Cir. 1996) ...................................................................................16

*Fronteiro v. Richardson*,
    411 U.S. 677 (1973) .................................................................................................23

*FTC v. Ken Roberts Co.*,
    276 F.3d 583 (D.C. Cir. 2001) ..................................................................................10

*Gratz v. Bollinger*,
    539 U.S. 244 (2003) .................................................................................................19

*Green v. Connally*,
    330 F.Supp. 1150 (D.D.C. 1971) .............................................................................25

*Green v. Kennedy*,
    309 F.Supp. 1127 (D.D.C. 1970) .............................................................................25

*Hygrade Provision Co.* v. *Sherman*,
    266 U.S. 497 (1925) .................................................................................................28

*In re Am. & Idaho Rivers United*,
    372 F.3d 413 (D.C. Cir. 2004) ..................................................................................20

*In re Cheney*,
    406 F.3d 723 (D.C. Cir. 2005) ....................................................................................8

*In re Ctr. For Auto Safety*,
    793 F.2d 1346 (D.C. Cir. 1986) ................................................................................22

*In re International Chemical Workers Union*,
    958 F.2d 1144 (D.C. Cir. 1992) ................................................................................20

*Janko v. Gates*,
    741 F.3d 136 (D.C. Cir. 2014) ..................................................................................10

*Kreschollek v. Southern Stevedoring Company*,
    78 F.3d 868 (3rd Cir. 1996) ......................................................................................14

*Laird v. Tatum*,
    408 U.S. 1 (1972) ............................................................................................................28

*Legal Services Corp. v. Velazquez*,
    531 U.S. 533 (2001) ........................................................................................................28

*Lujan v. Defenders of Wildlife*,
    504 U.S. 555 (1992) ..................................................................................................15, 17

*Macharia v. United States*,
    357 U.S. App. D.C. 223 (D.C. Cir. 2003) ........................................................................8

*Mashpee Wampanoag Tribal Council v. Norton*,
    336 F.3d 1094 (D.C. Cir. 2003) .....................................................................................23

*Nat'l Park Hospitality Ass'n v. Dep't of the Interior*,
    538 U.S. 803 (2003) ........................................................................................................15

*National Public Radio, Inc. v. F.C.C.*,
    254 F.3d 226 (D.C. Cir. 2001) .......................................................................................10

*Nat'l Wrestling Coaches v. Dep't of Education*,
    366 F.3d 930 (D.C. Cir. 2004) .........................................................................................9

*Nebraska Press Ass'n. v. Stuart*,
    427 U.S. 539 (1976) ........................................................................................................28

*Payne Enters., Inc. v. United States*,
    837 F.2d 486 (D.C.Cir.1988) .........................................................................................13

*PCHRG v. FDA*,
    740 F.2d 21 (D.C. Cir. 1984) ...........................................................................................8

*Plain Dealer Publ'g Co. v. U.S. Dep't of Labor*,
    471 F. Supp. 1023 (D.D.C. 1979) .................................................................................17

*Potomac Electric Power Company v. ICC*,
    702 F.2d 1026 (D.C. Cir. 1983) .....................................................................................21

*Rasul v. Myers*,
    512 F.3d 644 (D.C. Cir. 2008) .......................................................................................10

*Regional Rail Reorganization Cases*,
    419 U.S. 102 (1974) ..................................................................................................14, 15

*Ripon Soc'y v, National Republican Party*,
    525 F.2d 567 (D.C. Cir. 1975) .................................................................................16, 23

*Riva v. Massachusetts*,
    61 F.3d 1003 (1st Cir. 1995) ............................................................................14

*Russello v. United States*,
    464 U.S. 16 (1983) ............................................................................................11

*Scenic America v. U.S. DOT*,
    2013 WL 5745268 (D.D.C. Oct. 23, 2013) .......................................................9

*Sea-Land Serv., Inc. v. Alaska R.R.*,
    659 F.2d 243 (D.C. Cir. 1981) ..........................................................................26

*South Dakota v. Dole,*
    483 U.S. 203 (1987) ...........................................................................................1

*Steffel v. Thompson,*
    415 U.S. 452 (1974) .........................................................................................24

*Swan v. Clinton,*
    100 F.3d 973 (D.C. Cir. 1996) ............................................................................8

*Telecommunications Research & Action Ctr. v. F.C.C.*,
    750 F.2d 70 (D.C. Cir. 1984) ............................................................................19

*Terrace v. Thompson*,
    263 U.S. 197 (1923) .........................................................................................28

*Tucker v. Branker*,
    142 F.3d 1294 (D.C. Cir. 1998) ........................................................................26

*Washington Legal Foundation v. Alexander,*
    984 F.2d 483 (D.D.C. 1993) ...............................................................................9

*Women's Equity Action League v. Cazavos,*
    906 F.2d 742 (D.C. Cir. 1990) ............................................................................8

*U.S. v. Virginia*,
    518 U.S. 515 (1996) .........................................................................................23

*U.S. v. Butler*,
    297 U.S. 1 (1936) ...............................................................................................1

*U.S. v. Morrison*,
    529 U.S. 598 (2000) ...........................................................................................1

*U.S. v. American Library Ass'n*,
    539 U.S. 194 (2003) ...........................................................................................1

**STATUTES**                                                                                                    **Page(s)**

5 U.S.C. § 702 ...............................................................................................................26

20 U.S.C. § 106.31(b)(1) ................................................................................................3

20 U.S.C. § 1092(14)(A)(i) .............................................................................................9

28 U.S.C. § 2201 ..........................................................................................................14


**RULES AND REGULATIONS**                                                                       **Page(s)**

34 C.F.R. 100.7(c) .......................................................................................................5, 8

34 C.F.R. 106 .................................................................................................................5

Fed. R. Civ. P. 12(b)(6) ..................................................................................................7


**MISCELLANEOUS**                                                                                         **Page(s)**

*Activists applaud White House effort to fight campus rapes*,
    Washington Post, January 25, 2014 (http://wapo.st/1lzT57H) ............................6

Antonin Scalia, *The Doctrine of Standing as an Essential Element of the Separation of Powers*,
    17 Suffolk U. L. Rev. 881, 894 (1983) ................................................................18

*Bush administration taken to task over Title IX record*,
    Los Angeles Times, June 20, 2007 (http://lat.ms/1lzSKSs) ..................................6

*Dear Colleague Letter,* UNITED STATES DEPARTMENT OF EDUCATION
    (April 4, 2011) (http://1.usa.gov/1pef2x8) ....................................................20, 21

Du Mont, J., K.L. Miller, and T.L. Myhr. "*The Role of 'Real Rape' and 'Real Victim' Stereotypes in the Police Reporting Practices of Sexually Assaulted Women,*"
    Violence Against Women 9 (April 2003) ............................................................27

*Not Alone, The First Report of the White House Task Force to Protect Students from Sexual Assault* (April 2014) (http://1.usa.gov/1kLK8rV) ............................................................4

U.S. Department of Education Releases List of Higher Education Institutions with Open Title IX Sexual Violence Investigations (May 1, 2014) (http://1.usa.gov/1jxdHgY) .......................4